**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAIR CASTANEDA MARTINEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US VENTURE, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:25-cv-01113 JLT EPG<br><br>ORDER TO REMAND PURSUANT TO STIPULATION<br><br>(Doc. 15) |

Having considered the Parties' Joint Stipulation to Remand Action to State Court (Doc. 15), and good cause appearing, the Court **ORDERS** as follows:

1. The Joint Stipulation is **GRANTED**.
2. This action is **REMANDED** in its entirety to the Superior Court of the State of California for the County of Fresno, Case No. 25CECG03106.
3. All pending motions, hearing dates, and deadlines before this Court are **VACATED**.
4. Each party shall bear its own fees and costs incurred in connection with the removal and remand of this action.

IT IS SO ORDERED.

Dated: September 29, 2026

UNITED STATES DISTRICT JUDGE